# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| JENNIFER OSBORNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO: |
| v. | ) | 1:24-CV-04213-ELR-LTW |
| | ) | |
| EQUIFAX INFORMATION | ) | JURY TRIAL DEMANDED |
| SERVICES LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jennifer Osborne and Defendant Equifax Information Services LLC, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), stipulate to the dismissal with prejudice of this matter, in its entirety, with each party to bear her/its own fees and costs.

Dated:  July 9, 2025

/s/ Andrew L. Weiner
Jeffrey B. Sand
Georgia Bar No. 181568
Andrew L. Weiner
Georgia Bar No. 808278
WEINER & SAND LLC
800 Battery Ave., Suite 100
Atlanta, GA 30339

/s/ Eric F. Barton
Eric F. Barton
Georgia Bar No. 040704
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, GA 30309-3958
Telephone:  (404) 885-1500
Facsimile:  (404) 892-7056

1

Tel: (404) 254-0842                        ebarton@seyfarth.com
Tel: (404) 205-5029
Fax: (866) 800-1482                        ***Counsel for Equifax Information***
js@wsjustice.com                           ***Services LLC***
aw@wsjustice.com

***Counsel for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 9, 2025, 1 electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Andrew Weiner*
Counsel for Plaintiff